UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FILIBERTO PORRAS GUZMAN, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> GOLDMAN AND ASSOCIATES, LLC, ET ) <br> AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case No.: 11-CV-01469-PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On May 16, 2011, Defendants filed a motion to dismiss this action. As a result, each party is required either to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," no later than May 23, 2011.[1] Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: May 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 73-1(a)(2).

Case No.: 11-1469
ORDER