UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FILIBERTO PORRAS GUZMAN, ET AL., | Case No.: C 11-1469 PSG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| GOLDMAN AND ASSOCIATES, LLC, ET AL., | |
| Defendants. | |

On June 22, 2011, the court granted Defendant Goldman and Associates, LLC's motion to compel arbitration and stayed the case.[1] The court further ordered the parties to submit joint status updates beginning on September 20, 2011 and every 90 days thereafter until the stay is removed. The docket reflects no activity since the court's order. The parties have failed to submit a single status update.

Based on this lack of activity and failure to comply, IT IS HEREBY ORDERED that Plaintiffs Filiberto Porras Guzman ("Guzman") and Jorge Hernandez ("Hernandez") show cause why this case should not be dismissed for failure to prosecute.

IT IS FURTHER ORDERED that no later than May 25, 2012, Guzman and Hernandez shall submit a response in writing to the court.

IT IS FURTHER ORDERED that Guzman and Hernandez shall appear for a show cause hearing at 2:00pm on June 5, 2012.

Dated: May 1, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 18.

Case No.: 11-1469
ORDER

1