1  **HILL, FARRER & BURRILL LLP**
   E. Sean McLoughlin (Bar No. 174076)
2  One California Plaza, 37th Floor
   300 South Grand Avenue
3  Los Angeles, CA  90071-3147
   Telephone:  (213) 620-0460
4  Fax:  (213) 624-4840
   Email: smcloughlin@hillfarrer.com
5
   Attorneys for Defendant
6  GOLDMAN & ASSOCIATES, LLC

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  FILIBERTO PORRAS GUZMAN, JORGE HERNANDEZ, and LUIS MONTOYA,

13

14              Plaintiffs,

15     vs.

16  GOLDMAN & ASSOCIATES, LLC et al.,

17

18              Defendants.

CASE NO.  5:11-CV-11-01469 PSG

**[PROPOSED] JUDGMENT BASED ON ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD**

[Notice of Hearing on Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, and Proposed Order filed concurrently herewith]

Date:     October 9, 2012
Time:    10:00 a.m.
Judge:   Hon. Paul S. Grewal
Ctrm:    5

1  This matter having been heard on October 9, 2012 before the Honorable Paul Singh
2  Grewal and the Court having entered an Order granting the petition of Goldman &
3  Associates, Inc. ("Goldman" or "Petitioner") and confirming the arbitration awards in
4  favor of Goldman and directing the clerk to enter judgment thereon (a true and correct
5  copy of which is attached as Exhibit A) therefore:
6      IT IS ORDERED, ADJUDGED AND DECREED that the arbitration
7  awards confirmed by this Court are reduced to this Court's judgment in favor of
8  Defendant and Petitioner Goldman dismissing with prejudice the claims of Plaintiffs and
9  Respondents Filiberto Porras Guzman, Jorge Hernandez, and Luis Montoya.

DATED: August 28, 2012

_____
PAUL S. GREWAL
United State Magistrate Judge

HFB 1178148.1 G5722003

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

[PROPOSED] JUDGMENT BASED ON ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD